SHARON LEE NEWMAN v. JOHN M. NEWMAN.

November 16, 1976. Petition for certification granted.

ROBERT SMITH v.
KEM MANUFACTURING COMPANY, INCORPORATED.

November 16, 1976. Petition for certification denied.

THE CELOTEX CORPORATION v.
BOROUGH OF EDGEWATER.

November 16, 1976. Petition for certification denied.

NATIONAL NEWARK & ESSEX BANK v.
HOUSING AUTHORITY OF THE CITY OF NEWARK.

November 16, 1976. Petition for certification granted.

STATE OF NEW JERSEY v. JAMES J. EVANS.

November 16, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. JAMES BOBBITT.

November 16, 1976. Petition for certification denied.